**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MATUTE,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIANCE GROUP & ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 5:21-cv-00388-JGB-KK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, DENNIS MATUTE ("Plaintiff"), by and through the undersigned counsel and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, ALLIANCE GROUP & ASSOCIATES, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 6th day of July 2021.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa